Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

JS-6

Attorneys for Plaintiff
MAERSK LINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAERSK LINE, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE LUIS REYNOSO dba REYNOSO TRUCKING <br><br> Defendants. | Case No. CV 12-6799 MWF (FFMx) <br><br> **IN ADMIRALTY** <br><br> [~~PROPOSED~~] **DEFAULT JUDGMENT BY CLERK** <br> **(F.R.Civ.P. 55(b))** |

///
///
///
///
///
///

1

IT IS ADJUDGED that Maersk Line recover from Jose Luis Reynoso dba Reynoso Trucking as follows:

    1)     Principal in the amount of $12,700.00

    2)     Interest in the amount of $676.00;

    3)     Attorneys' fees in the amount of $1,362.00;

    4)     Costs $388.50 (per bill of costs filed concurrently herewith).

For a total judgment in the amount of $15,126.50 and post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated: September 24, 2012            /s/ Kendra Bradshaw
                                                            Clerk of the United States District Court

Respectfully submitted:

By:   __s/Stephen M. Uthoff_____
      Stephen M. Uthoff
      The Uthoff Law Corporation
      Attorneys for Plaintiff
      MAERSK LINE

PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )  ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 E. Ocean Blvd., Suite 710, Long Beach, California 90802.

On September 21, 2012 I served the foregoing document described as **[PROPOSED] DEFAULT JUDGMENT BY CLERK** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

Jose Luis Reynoso dba Reynoso Trucking
3030 E. 70th Street
Long Beach, CA 90805

[X] **BY MAIL:** I caused such envelope to be deposited in the mail at Long Beach, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FEDERAL EXPRESS NEXT DAY DELIVERY (BY 10:00 A.M.)**
The papers were deposited in an envelope designated by the express service carrier and deposited with a facility maintained by the express service courier with delivery fees paid and addressed to the address last shown by that person on any document filed in the action.

[X] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 21, 2012 at Long Beach, California.

                                            __s/Stephen M. Uthoff_____
                                              Stephen M. Uthoff